IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EDWARD GONZALEZ, individually and on behalf of similarly situated individuals | § § § § | |
| Plaintiff | § § | |
| v. | § | CIVIL ACTION NO. 1:22-cv-00686-LY |
| HOMEWARD MORTGAGE LLC | § § | |
| Defendants | § § § | |

## UNOPPOSED MOTION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party bearing their own costs and attorney fees.

Respectfully submitted,

**TRAN LAW FIRM**

/s/ Trang Q. Tran
TRANG Q. TRAN
Federal I.D: 20361
Texas Bar No. 00795787
2537 S. Gessner Suite 104
Houston, Texas 77063
Ph.: (713) 223 – 8855
trang@tranlf.com
service@tranlf.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that on August 24, 2022, he conferred with Defendant's counsel of record, Jessica Glatzer Mason, who advised that Defendant does not object to the actions sought by this Motion.

/s/ *Trang Q. Tran*
TRANG Q. TRAN

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded on August 24, 2022, to all counsel of record via the Court's CM/ECF system.

/s/ *Trang Q. Tran*
Trang Q. Tran