IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EDWARD GONZALEZ, individually and on behalf of similarly situated individuals<br><br>Plaintiff<br><br>v.<br><br>HOMEWARD MORTGAGE LLC<br><br>Defendants | CIVIL ACTION NO. 1:22-cv-00686-LY |

**ORDER GRANTING PLAINTIFF'S**
**UNOPPOSED MOTION FOR DISMISSAL WITHOUT PREJUDICE**

On this the ____ day of August, 2022, Plaintiff Edward Gonzalez's Unopposed Motion for Dismissal was considered by the Court. The Court, after reviewing this Motion is of the opinion that it should be GRANTED.

IT IS, THEREFORE ORDERED that, Plaintiff Edward Gonzalez's Unopposed Motion for Dismissal of the above-captioned action is DISMISSED without prejudice.

SIGNED on this ____ day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE

1