IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

EDWARD GONZALEZ, INDIVIDUALLY §
AND ON BEHALF OF SIMILARLY §
SITUATED INDIVIDUALS, §
      PLAINTIFF, §
§
V.                                   §    CAUSE NO. 1:22-CV-686-LY
§
HOMEWARD MORTGAGE LLC, §
      DEFENDANT. §

## FINAL JUDGMENT

On this date, the court rendered an order dismissing Plaintiff Edward Gonzalez's claims against Defendant Homeward Mortgage LLC without prejudice. Accordingly, the court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that this action is hereby **CLOSED**.

SIGNED this _____ day of August, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE